UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Monroe Bernard Washington,

Plaintiff,

v.

Minnesota Department of Corrections Supervisory Officials, Sgt. Lisaway, Lt. Hill, Andy Dubois, Vince Krenz, Mark Uner, MCF-STW, Sgt. Hilleren, Sgt. Oconnor, Lt. Jones, John Quist, Lisa Sterseth, and Michelle Smith,

Defendants.

Case No. 22-cv-0811 (WMW/TNL)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

Before the Court is the June 9, 2022 Report and Recommendation (R&R) of United States Magistrate Judge Tony N. Leung.  (Dkt. 6.)  No objections to the R&R have been filed.  In the absence of timely objections, this Court reviews an R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Having reviewed the R&R, the Court finds no clear error.  Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1.      The June 9, 2022 R&R, (Dkt. 6), is **ADOPTED**.

2.      This action is **DISMISSED WITHOUT PREJUDICE**.

3.      Plaintiff Monroe Bernard Washington's application to proceed *in forma pauperis*, (Dkt. 2), is **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  July 27, 2022                                    s/Wilhelmina M. Wright
                                                         Wilhelmina M. Wright
                                                         United States District Judge